**Order entered November 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00988-CV

### COREY STEELE, Appellant

### V.

### MARK HUMPHREYS, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04082**

## ORDER

By order dated October 30, 2019, we ordered the court reporter to file the reporter's record within ten days and stated that failure to do so may result in an order that she not sit as a court reporter until she complies. Before the Court is appellant's November 12, 2019 motion requesting this Court to enforce the order. The reporter's record has now been filed. Accordingly, we **DENY** appellant's motion as moot.

Appellant's brief on the merits is due **December 16, 2019**.

              /s/    ROBERT D. BURNS, III
                     CHIEF JUSTICE